1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, V.I. Bar. No. 766
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, California 93721-2226
4  Telephone: (559) 487-5561

5  Counsel for Defendant
   JAMES BIRCH
6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   No. 1:05 - MJ- 190 SMS
                                     )
11             Plaintiff,            )   WAIVER OF DEFENDANT'S PERSONAL
                                     )   PRESENCE AT STATUS CONFERENCE
12       v.                          )
                                     )
13  JAMES BIRCH,                     )
                                     )
14             Defendant.            )
                                     )
15

16

17  The defendant hereby waives the right to be present in person in open court upon the status conference

18  set for April 24, 2008, and confirms his attorneys request of the court that his presence be waived for

19  such hearing. The defendant hereby requests the court to proceed in his absence and agrees that his

20

21

22

23

24

25

26

27

28

interests will be deemed represented at all times by the presence of his attorney, the same as if the defendant were personally present. This waiver is pursuant to the Federal Rules of Criminal Procedure, Rule 43(c)(3), which provides that the presence of the defendant is not required "when the proceeding involves only a conference or hearing upon a question of law" as the hearing on April 24, 2008 involves only a conference.

DATED: April 18, 2008

      /s/ James Birch
      JAMES BIRCH

APPROVED:

/s/ Douglas Beevers
Douglas Beevers
Attorney for Defendant

DATED: April 24, 2008

## ORDER

**GOOD CAUSE APPEARING,** it is hereby ordered that the defendant's appearance may be waived for the status conference on April 24, 2008.

IT IS SO ORDERED.

Dated: **April 24, 2008**      /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE